**Order entered November 24, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00980-CV

**JENNIFER PARSLEY, Appellant**

**V.**

**DAVID MONTALVO, Appellee**

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-05072**

## ORDER

We **GRANT** appellant's November 20, 2014 unopposed second motion for an extension

of time to file a brief.  Appellant shall file her brief by **December 9, 2014**.


/s/      ELIZABETH LANG-MIERS
JUSTICE